UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

STEVEN NERAYOFF and
MICHAEL HLADY,
   also known as Michael Peters,"

             Defendants.

UNSEALING ORDER

Docket No. 19-M-830

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

      Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorneys Mark E. Bini and Andrey Spektor, for an order unsealing the complaint and arrest warrants in the above-captioned matter.

      WHEREFORE, it is ordered that the complaint and arrests warrants in the above-captioned matter be unsealed.

Dated:   Brooklyn, New York
          September 18, 2019

                                     /s/ SLT
                                _____
                                HONORABLE STEVEN L. TISCIONE
                                UNITED STATES MAGISTRATE JUDGE
                                EASTERN DISTRICT OF NEW YORK