**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>  -v.-<br><br>STEVEN NERAYOFF, and<br>MICHAEL HLADY,<br>    a/k/a "Michael Peters,"<br><br>                      Defendants. | Case No. 19-mj-00830 (RER)<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Amanda Kramer, an attorney duly admitted to practice before this Court, hereby appears as counsel on behalf of Defendant Steven Nerayoff in the above-captioned action, and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon her at the following address:

Amanda Kramer
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
(212) 841-1000
akramer@cov.com

NY: 1215758-1

Dated: New York, New York
       October 22, 2019

Respectfully submitted,

COVINGTON & BURLING LLP

By: s/ *Amanda Kramer*
    Amanda Kramer

The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
(212) 841-1000
akramer@cov.com

*Attorney for Defendant Steven Nerayoff*