UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -                                  20-CR-008 (MKB)

STEVEN NERAYOFF and
MICHAEL HLADY,
    also known as "Michael Peters,"

                 Defendants.

- - - - - - - - - - - - - - - - - -X

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that Assistant United States Attorney Andrey Spektor from this point forward will be added as counsel in the above-captioned matter.

       All future correspondence to the United States in the above-captioned matter should be sent to:

       Assistant U.S. Attorney Andrey Spektor
       United States Attorney's Office (Criminal Division)
       271 Cadman Plaza East, 5th Floor
       Brooklyn, New York 11201
       Tel: (718) 254-6475
       Email: Andrey.Spektor@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Andrey Spektor at the email address set forth above.

Dated: Brooklyn, New York
January 13, 2020

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:  /s/ Andrey Spektor
Andrey Spektor
Assistant U.S. Attorney

cc: Clerk of the Court (MKB – by ECF)