RD/1/22/2020

# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE Cheryl Pollak            DATE: 1/22/20

DOCKET NUMBER: 20 CR 8 (MKB)            LOG #: 12:01 - 12:30

DEFENDANT'S NAME: Steven Nerayoff
✓ Present ___ Not Present ___ Custody ✓ Bail

DEFENSE COUNSEL: ~~Marc Epstein~~ Amanda Kramer + Avi Muskowitz
___ Federal Defender ___ CJA ✓ Retained

A.U.S.A: Andrey Spektor + Mark Bini            CLERK: SM Yuen

INTERPRETER: _____ (Language) _____

✓ Defendant arraigned on the: ✓ indictment ___ superseding indictment ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held. ___ Defendant's first appearance.

___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
___ Defendant advised of bond conditions set by the Court and signed the bond.
___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
___ (Additional) surety/ies to co-sign bond by _____
___ After hearing, Court orders detention in custody. ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start 1/22/20 Stop 2/11/20

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: Counsel Avi Muskowitz's motion to withdraw as counsel granted. Court denied defendant's request for court appointed counsel. Ms Kramer's motion ~~defendant will be retain new counsel~~ to withdraw as counsel is also granted. Deft to retain new counsel.