

U.S. Department of Justice

United States Attorney
Eastern District of New York

MEB/AS
F. #2018R00035

271 Cadman Plaza East
Brooklyn, New York 11201

April 15, 2020

By ECF

The Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Nerayoff et al.
                  Criminal Docket No. 20-0008 (MKB)

Dear Judge Brodie:

      The parties jointly submit this letter to respectfully request that the Court adjourn the status conference—currently scheduled for April 21, 2020 at 11 a.m.—to a date that is convenient for the Court in approximately 60 days. The parties appeared for the first status conference in this matter on February 26, 2020. The government notified the Court that it had produced discovery to the defendants, and that the defendants required time to review that discovery as well as to begin engaging in plea negotiations. Unfortunately, the COVID-19 pandemic has hindered the parties' ability to meaningfully continue their plea negotiations. As a result, the parties are requesting at least 60 days to permit them to restart those negotiations (once certain local restrictions are lifted), which may require in-person meetings. If the Court grants the parties' request, they will update the Court at the next conference as to whether those negotiations have significantly advanced such that a

disposition short of trial is expected or whether the Court should set a trial date.  Finally, if the Court grants this application, the parties jointly request that the Court exclude time pursuant to 18 U.S.C. § 3161(h) in the interests of justice, to permit the parties to engage in plea negotiations.[1]

                Respectfully submitted,

                RICHARD P. DONOGHUE
                United States Attorney

         By: /s/_____
            Mark E. Bini
            Andrey Spektor
            Assistant U.S. Attorneys
            (718) 254-7000

cc: Counsel of Record (by ECF)

---

[1] Chief Judge Roslynn R. Mauskopf has excluded time until April 27, 2020.  See Administrative Order 2020-06, ¶ 7.