# TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.

40 EXCHANGE PLACE
18th FLOOR
NEW YORK, NEW YORK 10005
PHONE:(212) 482-0007
FAX: (212) 482-1303
www.talkinlaw.com
EMAIL: info@talkinlaw.com

| | |
|---|---|
| Maryland Office: | New Jersey Office: |
| 5100 Dorsey Hall Drive | 2500 Plaza 5 |
| Suite 100 | Harborside Financial Center |
| Ellicott City, MD 21042 | Jersey City, NJ 07311 |
| (410) 964-0300 | (201) 342-6665 |

January 21, 2021

Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

BY ECF

Re:   United States v. Steven Nerayoff & Michael Hlday
20 Cr. 008 (MKB)

Dear Judge Brodie:

Defendants Steven Nerayoff and Michael Hlday ("Defendants") submit this joint letter to respectfully request and adjournment of the conference currently scheduled for February 5, 2021 to March 5, 2021 or to another date convenient to the Court.  The parties are currently engaged in plea negotiations and defend Hlday is still reviewing the discovery materials. Defendants consent to the exclusion of the time from February 5, 2021 to the date set for the next conference from Speedy Trial Act calculation.  The government consent to the Defendants' application.

Thank you for your Honor's consideration of this request.

Very truly yours,

*Sanford Talkin*

Sanford Talkin

cc:   AUSA Andrey Spektor (by ECF)
      AUSA Mark Bini (by ECF)
      Arthur Aidala, Esq. (by ECF)