

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SME
F. #2018R00035

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 12, 2022

<u>By E-mail and ECF</u>

The Honorable Margo K. Brodie
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>United States v. Nerayoff</u>
                 <u>Criminal Docket No. 20-0008 (MKB)</u>

Dear Chief Judge Brodie:

      The above captioned matter is scheduled for a status conference on January 13, 2022 at 9:00 a.m. The parties write respectfully to request an adjournment of the upcoming status conference to a date in approximately 60 or 90 days. The only item currently on the parties' agenda is confirmation of a trial date in this matter. Your Honor's deputy today confirmed a trial date of October 26, 2022, and the parties therefore respectfully request a continuance of tomorrow's status conference.[1] The government further requests that time be excluded under the Speedy Trial Act between today and the next status conference. The government submits that the exclusion of time is in the interest of justice, so that the parties may engage in plea negotiations, prepare for trial and for the need to protect public health and safety in light of the ongoing public health crisis. <u>See</u> 18 U.S.C.

---

[1] This matter was previously scheduled for trial on May 9, 2022. Defense counsel requested a new trial date due to conflict with another trial. Your Honor's deputy informed the parties that September 14, 2022 and October 26, 2022 were available dates, and defense counsel requested the October date, due to conflict with another trial in this district in September.

§ 3161(h)(7).  Defense counsel has informed the government that the defendant consents to the exclusion of time.

          Respectfully submitted,

          BREON PEACE
          United States Attorney

    By:    /s Sarah M. Evans
          Sarah M. Evans
          Assistant U.S. Attorney
          (718) 254-6490

cc:    Counsel of Record (by ECF)