UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                           20-CR-008 (MKB)

STEVEN NERAYOFF and
MICHAEL HLADY

             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - X

<u>NOTICE OF APPEARANCE</u>

        PLEASE TAKE NOTICE that Assistant United States Attorney Jonathan P. Lax

from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter

should be sent to:

        Assistant U.S. Attorney Jonathan P. Lax
        United States Attorney's Office (Criminal Division)
        271-A Cadman Plaza East
        Brooklyn, New York 11201
        Tel:  (718) 254-6139
        Fax:  (718) 254-6321
        Email: Jonathan.Lax@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Jonathan P. Lax at the email address set forth above.

Dated:   Brooklyn, New York
         March 11, 2022

Respectfully submitted,

BREON PEACE
United States Attorney

By:   /s/ Jonathan P. Lax_____
      Jonathan P. Lax
      Assistant U.S. Attorney

cc:   Clerk of the Court (MKB)
      Counsel of Record (by ECF)