U.S. Department of Justice

United States Attorney
Eastern District of New York

JPL
F. #2018R00035

271 Cadman Plaza East
Brooklyn, New York 11201

May 12, 2022

By ECF

The Honorable Margo K. Brodie
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Steven Nerayoff
Criminal Docket No. 20-0008 (MKB)

Dear Chief Judge Brodie:

The above captioned matter is scheduled for a status conference on May 13, 2022 at 10:00 a.m. The parties write to respectfully request an adjournment of the upcoming status conference for approximately 30 days. The only item currently on the parties' agenda is confirmation on the docket of a trial date, which Your Honor's deputy previously indicated would be October 26, 2022. The parties therefore respectfully request a continuance of tomorrow's status conference.

The government further requests, with the consent of defense counsel, that time be excluded under the Speedy Trial Act between today and the next status conference. The government submits that the exclusion of time is in the interest of justice, so that the parties may engage in plea negotiations and prepare for trial. See 18 U.S.C. § 3161(h)(7).

Respectfully submitted,

BREON PEACE
United States Attorney

By: /s/ Jonathan P. Lax
Jonathan P. Lax
Assistant U.S. Attorney
(718) 254-6139

cc: Counsel of Record (by ECF)