

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JPL
F. #2018R00035

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 8, 2022

<u>By ECF and FedEx</u>

Marc Agnifilo, Esq.
Zach Intrater, Esq.
Brafman & Associates, P.C.
256 Fifth Avenue
New York, New York 10001

    Re:  United States v. Steven Nerayoff
      <u>Criminal Docket No. 20-008 (MKB)</u>

Dear Counsel:

    As requested, enclosed please find an additional copy of the government's discovery in accordance with Rule 16 of Federal Rules of Criminal Procedure, as previously produced to prior defense counsel as set forth below. The government also requests reciprocal discovery from the defendant.

| **Original Date of Production** | **Bates-Numbers** |
|---|---|
| October 18, 2019 | DOJ-00000001 through DOJ-00000063 |
| February 25, 2020 | DOJ-00000064 through DOJ-00006050 |
| June 29, 2020 | DOJ-00006051 through DOJ-00008556; StormX_000001 through StormX_041891 |
| June 16, 2021 | DOJ-00008557 through DOJ-00008668; AH00000001 through AH00052815 |

    Additional descriptions and details concerning the contents of these materials, and restrictions on their use and dissemination, <u>see</u> October 18, 2019 Protective Order, ECF Docket Entry 21, are set forth in the enclosed original production letters and appendices.

2

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Very truly yours,

BREON PEACE
United States Attorney

By:        /s/
Jonathan P. Lax
Assistant U.S. Attorney
(718) 254-6139

Enclosures (via FedEx)

cc:    Clerk of the Court (MKB) (by ECF) (without enclosure)
       Michael Scotto, Esq. (by ECF) (without enclosure)