# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN

JACOB KAPLAN
ADMITTED IN NY & NJ

TENY R. GERAGOS
ADMITTED IN NY & CA

July 26, 2022

VIA ECF
Honorable Margo K. Brodie
Chief Justice, United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. Steven Nerayoff, 20 CR 8 (MKB)

Dear Chief Justice Brodie:

We write the Court requesting a modification of Mr. Steven Nerayoff's pretrial release conditions; specifically, a modification of Mr. Steven Nerayoff's travel restrictions to permit him to travel with his two children to Hawaii (July 30th – August 6th) for vacation. Mr. Nerayoff's flight itineraries, as well as the locations where he will be staying, have already been provided to Pretrial Services in advance of his trips.

We have spoken with the Government (AUSA Jonathan Lax) and Pretrial Services (Officer Kristina DePrimo), and both have no objection to our request. Thank you for your consideration.

Respectfully submitted,

Marc Agnifilo
Zach Intrater

cc:   AUSA Jonathan Lax (via email)
      Pretrial Services Officer Kristina DePrimo (via email)