

know

Monday, September 11, 2017

1:03 PM
Only request was to take option #2 with either one of two variations b/c of all the people we have to pay.

1:04 PM
not sure what you mean, option #2, the $15m, and the 492k in ▮ correct?

1:06 PM
one second please

1:07 PM
ok 🙂

1:10 PM
b/c we have so many people to pay i am "requesting" either moving the ether to $16 million or moving the tokens to 750 million.

again, this is a goodwill request.

we are moving forward in either way

1:11 PM
ok - and then confirming alchemist still covering the hub sales out of your pot?

1:11 PM
that;'s confusing

the spreadsheet is what you are covering.

call me