| | |
|---|---|
| **From:** | Steven Nerayoff |
| **To:** | [redacted] |
| **CC:** | [redacted] Steven Nerayoff |
| **Sent:** | 11/5/2017 6:20:04 PM |
| **Subject:** | Re: Updated deal terms/ let's move forward! |

This is about as clear as can be. I am beside myself and so is [redacted]. We killed ourselves for this deal you made unilateral decisions and we have now put you in the middle of [redacted] to become a billion dollar company and now you say you didn't understand. Read below it's very clear.

---

**From:** "Steven Nerayoff, Esq., LL.M." <Steven@nerayoff.com>
**Date:** Thursday, November 2, 2017 at 12:20 AM
**To:** [redacted]
**Cc:** [redacted] "Steven Nerayoff, Esq., LL.M." <Steven@nerayoff.com>
**Subject:** Re: Updated deal terms/ let's move forward!

Just to be clear. 30,000 eth at the conclusion of the token sale (not all to us so we will give you addresses to send to). We do not owe you any eth as we are agreed we are even on pre-sales upon sending you the 25k plus eth. If we sell out the token sale (120k eth total including the pre-sale) we will receive an additional 6,000 eth bonus. Additionally, we will receive 1.4 billion tokens. 500 million will be released to us immediately and 900 million will be released in two years or if circumstances allow then earlier. These tokens will be in a separate address given to us.