| | |
|---|---|
| From: | Google Calendar on behalf of ▮▮▮ |
| To: | ▮▮▮ |
| Sent: | 11/5/2017 10:17:22 PM |
| Subject: | Accepted: 9am EST = Alchemist ▮▮ @ Mon Nov 6, 2017 6am - 6:50am ▮▮▮ |
| Attachments: | invite.ics |

▮▮▮ has accepted this invitation.

### 9am EST = Alchemist ▮▮▮

| | |
|---|---|
| When | Mon Nov 6, 2017 6am – 6:50am Pacific Time |
| Where | SKYPE Screenshare (map) |
| Calendar | ▮▮▮ |
| Who | ▮▮▮ |
| | • Steven N |

Invitation from **Google Calendar**

You are receiving this email at the account arry@cakecodes.com because you are subscribed for invitation replies on calendar arry@cakecodes.com.

To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.

Forwarding this invitation could allow any recipient to modify your RSVP response. **Learn More**.