**From:** 
**To:** Steven Nerayoff; Steven N;
**CC:**
**Sent:** 11/6/2017 8:01:38 AM
**Subject:** Steve + ████████ Deal
**Attachments:** ████████ pdf

Thanks guys.

Attached is what we agreed to this morning.

HUGS.