> TO DO --- For Registered users =
>
> MUST SEND EMAIL + communicate that they MUST use the SAME ETH address they used when registering. If not sure, give us email address + the last 4 digits.

> TO DO --- Pick a time tomorrow --- Track who has participated. IF NOT participated yet, please send reminder. Program it in.



## Getting on the same page.

CONFIDENTIAL                                                                                                  014710

# NEW DEAL



TO DO --- Check in with ▮
on the progress of ▮ memo

Steve/

- Tied to the hip. Mutual success. Alchemist wants to hire a ▮ focused human on their team.
- **SO LET's GIVE STEVE/▮ = 2.25 billion STORM tokens**
    - **This INCLUDES: 900,000,000 can be locked up (if Company can, less than 2 years, is better for Alchemist)**
    - <u>**INCLUDES PLUS UP TO**</u> **1,350,000,000 [no lock up]**
    - **Alchemist keeps 30,000 ETH from presale**
    - **[Alchemist gets extra 6,000 ETH IF SELL OUT ONLY]**

Extra bullet : 26,950 STORM Tokens = 1 ETH

This agreement is confidential between the two parties. As always, we can always look at additional stock options as a reward later.

**Total Compensation SUMMARY:**
30,000 ETH (Already Paid) + 2.25 billion ▮ Tokens (900 million with lockup, 1.35 billion no lockup)
6,000 ETH (Extra Bonus IF We Sell Out)