Case 1:29-cv-00008-MKB . Document 105-21 . Filed 02/13/23 . Page 1 of 1 PageID #: 739


Earn anywhere, anytime, from any device

Follow

🎧 739   💬 14   🔖

# Introducing Storm Loyalty Program to Encourage Wider Mass Adoption



StormX · Follow
Dec 1, 2017 · 3 min read



🐦 💼 🔗 ✉️ 🔖 ···

**Storm Players and STORM Token Crowdsale participants — Hold onto your STORM Tokens for even more bonus STORM Tokens!**

Hello Storm Community,

The STORM Token Crowdsale will come to an end in less than a week. The success and mass adoption of the Storm Market depends on the wide distribution of STORM Tokens, so we are announcing Storm Drop, for unsold tokens (if any remain after the STORM Token Crowdsale ends), that will reward both our earliest and most active supporters.

We are announcing Storm Loyalty Program, for unsold tokens, that will reward both our earliest and most active supporters.

## Storm Drop Eligibility Requirements:

1. All Storm Players who have signed up with a STORM Wallet Address by December 7th, 2017. DOWNLOAD STORM PLAY and set up a STORM wallet address in the app to be eligible. Complete the micro-tasks in Storm Play to collect free STORM Tokens.

2. All STORM Token Crowdsale participants that continue to store STORM Tokens in the same original wallet address where you received the STORM Tokens.

3. STORM Tokens must stay in their genesis STORM Token wallet address — the same wallet address that was used to collect the STORM Tokens either from Storm Play or from the STORM Token Crowdsale. Once the STORM Tokens have been transferred out of the original genesis registered wallet address, you will no longer be eligible for Storm Drop.

## How to Get the Most Out of the Storm Loyalty Program:

It's very simple. The longer the duration of the holding period, the more STORM Tokens you will receive in the upcoming Storm Drops. By holding STORM Tokens longer than other eligible participants, you increase the amount of tokens you receive in a Storm Drop. StormX is committed to distributing unsold tokens to our Storm Players and STORM Token Crowdsale participants as a way of increasing access to the utility of STORM Tokens.

## Dates of Upcoming Storm Drops:

1. June 7th, 2018
2. December 7th, 2018
3. June 7th, 2019
4. December 7th, 2019

## Here's an Example:

For example: If there are 1 billion unsold STORM tokens becomes four upcoming Storm Drops of 250,000,000 STORM Tokens each:



In the above example, if we assume that on December 7th, there are a total of 10,000 eligible recipients (STORM Token Crowdsale participants + Storm Players) for the Storm Drop:

- By holding STORM Tokens longer than other eligible users, you increase your potential Storm Drop.

- We will be introducing a **"Storm Drop Ranking System"** that evaluates your Storm Drop Rank and potential Storm Drop Bonus. All eligible participants of the Storm Drop will be able to check their score and statistics via the official STORM Token Telegram channel.

Be on the lookout for more announcements when the Storm Drop and the Storm Drop Ranking System officially launch. For further questions regarding the Storm Drop, please feel free to reach out to us in the official STORM Token Telegram channel. I hope you are as excited as we at StormX are about this even bigger opportunity to get even more mass adoption of the STORM.

Thanks for being a part of the STORM,

Simon Yu

StormX, Inc. CEO

Blockchain   Airdrop   Cryptocurrency   Storm Token   ICO

🎧 737   💬 14        🐦 💼 🔗 ✉️ 🔖 ···




WRITTEN BY
**StormX**
Earn #Bitcoin, #Ethereum, and #StormX cryptocurrency rewards by playing new games and trying out cool products!
App Download Link: https://bit.ly/2booaC1

Follow



**StormX**
StormX is a fun and easy way to earn free cryptocurrency rewards! Earn cryptocurrency like Bitcoin, Ethereum, Dai, Litecoin and STORM Token. App Download: https://bit.ly/2booaC1

Follow




**Learn more.**
Medium is an open platform where 170 million readers come to find insightful and dynamic thinking. Here, expert and undiscovered voices alike dive into the heart of any topic and bring new ideas to the surface. Learn more.

**Make Medium yours.**
Follow the writers, publications, and topics that matter to you, and you'll see them on your homepage and in your inbox. Explore

**Write a story on Medium.**
If you have a story to tell, knowledge to share, or a perspective to offer — welcome home. It's easy and free to post your thinking on any topic. Start a blog.

Medium

About   Write   Help   Legal