**From:** ▓▓▓▓▓▓▓▓▓
**To:** ▓▓▓▓▓▓▓▓▓ Steven Nerayoff; ▓▓▓▓▓▓▓▓▓
**CC:** ▓▓▓▓▓▓▓▓▓ michael@alchemist.com; ▓▓▓▓▓▓▓▓▓
**Sent:** 3/12/2018 11:21:21 PM
**Subject:** Re: ▓▓@alchemist.com Email

Confirmed – I'm

---

**From:** ▓▓▓▓▓▓▓▓▓
**Date:** Monday, March 12, 2018 at 5:47 PM
**To:** Steven Nerayoff <steven@alchemist.com>
**Cc:** ▓▓▓▓▓▓▓▓▓ "michael@alchemist.com" <michael@alchemist.com>, ▓▓▓▓▓▓▓▓▓
**Subject:** Re: ▓▓@alchemist.com Email

Got it.

Please both check your emails

▓▓▓▓▓▓▓▓▓

On Mon, Mar 12, 2018 at 8:26 PM, Steven Nerayoff ▓▓▓▓▓▓▓▓▓ wrote:

▓▓ please set one up for ▓▓ and ▓▓

Sent from my iPhone. Apologies for misunderstandings or typos due to the spell checker.

On Mar 12, 2018, at 3:59 PM, ▓▓▓▓▓▓▓▓▓ wrote:

Hi, Steve/▓▓▓▓

To keep the lines as clear and organized, and as effective as possible. I think it would be good to have all alchemist-related email that I touch, in alchemist world. Would you please set me up with an @alchemist email (more for internal purposes as I coordinate with ▓▓▓▓▓▓▓▓▓, etc...) – as that should not be mixed in with my ops work here at ▓▓▓▓▓ (also will help me help you help us all).

Confirm/Approve?

Thanks.



CONFIDENTIAL _036091