| | |
|---|---|
| From: | [redacted] |
| To: | [redacted] |
| Sent: | 3/19/2018 2:52:19 PM |
| Subject: | Fwd: Invitation: Alchemist Daily Stand-up: [redacted] @ Weekly from 4pm to 5pm on weekdays |
| Attachments: | invite.ics |

---------- Forwarded message ----------
From: [redacted]
Date: Tue, Mar 20, 2018 at 5:47 AM
Subject: Invitation: Alchemist Daily Stand-up [redacted] @ Weekly from 4pm to 5pm on weekdays (UTC)
To: [redacted]

**Alchemist Daily Stand-up:** [redacted]    more details »

When     Weekly from 4pm to 5pm on weekdays Coordinated Universal Time
Calendar [redacted]
Who      [redacted]

Going? All events in this series:    **Yes**  -  **Maybe**  -  **No**    more options »

Invitation from Google Calendar
You are receiving this email at the account [redacted] because you are subscribed for invitations on calendar [redacted]
To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.
Forwarding this invitation could allow any recipient to modify your RSVP response. Learn More.

CONFIDENTIAL                                                                   [redacted]_001843