**- Cayman**
**Trial Balance**
**As of December 31, 2017**





**50300 Cost of Goods Sold:Tokensale Consultant Expense**          **153,409,111.90**

Monday, Aug 13, 2018 09:51:29 AM GMT-7 - Accrual Basis