- Cayman
## Trial Balance
**As of April 30, 2018**





**39000 Retained Earnings**  **121,449,353.75**



Monday, Aug 13, 2018 09:53:33 AM GMT-7 - Accrual Basis

**Credit**

0.01

Case 1:20-cr-00008-MKB   Document 105-30   Filed 02/13/23   Page 5 of 8 PageID #: 748

| |
|---:|
| 2,911.90 |
| 2,659,084.20 |
| 0.00 |
| 135,811,000.00 |
| 83,168.55 |
| |
| 85.79 |
| 502.50 |
| 255.56 |
| 705,837.47 |
| 467,651.43 |
| 11.24 |
| 572,919.54 |
| |
| |
| 730,379.32 |
| 323,159.14 |
| 1,527,481.41 |
| 7.10 |
| 0.00 |
| |
| 773,523.80 |
| 181.75 |
| |
| 2,137,586.32 |
| 8,858.40 |
| 8,370.73 |
| 343.96 |
| 342,703.35 |
| 1,210,521.49 |
| 0.00 |
| |
| 317,652.14 |
| 34,309.73 |
| |
| 6,450.00 |

249.34
22,324.11


56,500.27




70,528.46

1,135,772.37
15.97
5.00
1,415,468.25
108.70


1.97


51.56
66,085,841.08
1,232,850.01
6,560.69
52,469.45
13.58
700,192.64
766,279.18

$ 219,270,189.46