| | |
|---|---|
| **From:** | ▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Participants:** | ▓▓▓▓ Me (owner)<br>Steven Maple VC ▓▓▓▓ |
| **Status:** | Read |
| **Timestamp: Date:** | 4/3/2018 3:50:13 PM |

---

Need to know your/Mike's preference on where I stay - I haven't booked hotel yet. Near you or near ▓▓▓▓? Miss you!!!

CONFIDENTIAL ▓▓▓▓_036138