**Audio Recording of Conversation, May 18, 2018**

**Participants:**

| | |
|---|---|
| NERAYOFF: | Steven Nerayoff |
| PETERS: | Michael Peters |
| PULVER: | Jeff Pulver |
| JOHN DOE: | JOHN DOE |
| JANE DOE: | JANE DOE |

**Abbreviations:**

| | |
|---|---|
| [UI] | Unintelligible |
| [IA] | Inaudible |
| [VO] | Voices overlap |
| [ph] | Phonetic rendering |
| [BG] | Background |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| | | |
|---|---|---|
| 1 | NERAYOFF: | … Coming back and saying, way back when, when we agreed to |
| 2 | | the air drop, that the air drop came, discussion came after the blog |
| 3 | | post. I didn't even know about this blog post by the way. So |
| 4 | | regardless of whether or not I came in before or after, I don't |
| 5 | | know. And that you and I threatened to destroy them – |
| 7 | PULVER: | When did we threaten to destroy them? |
| 9 | NERAYOFF: | I, we did not… |
| 11 | PULVER: | I was about to say, I never… |
| 13 | NERAYOFF: | … I did not recall threatening to destroy… I recall last time |
| 14 | | Michael did- |
| 16 | PETERS: | Yes I did. |
| 18 | NERAYOFF: | Michael did say, Michael did say that last time, yes. |
| 20 | PETERS: | Absolutely. |
| 22 | NERAYOFF: | And last, and last time I don't disagree about that- |
| 24 | PETERS: | Absolutely. |
| 26 | NERAYOFF: | -but back then, Jeff and I did not. |
| 28 | PULVER: | I don't have that in my vocabulary. |
| 30 | NERAYOFF: | Is, is, is, is ▮ [ph] that, the one I'm supposed to be meeting? |
| 32 | MAN 1: | [UI] |
| 34 | MAN 2: | ▮ is the one. |
| 36 | PETERS: | No, we did, we did [VO] absolutely. No no no no no, no no no no |
| 37 | | no no, I don't know what happened before I was involved, but I've |
| 38 | | [UI] tell you |
| 40 | PULVER: | This was, this was, this was that they, that this was um, um, before |
| 41 | | Mike. |
| 43 | PETERS: | Yes. |
| 45 | NERAYOFF: | So, do you, I- I'm not sure why it's relevant because we made an |
| 46 | | agreement, but they're [VO] saying that they made an agreement |

| | | |
|---|---|---|
| 47 | | under [VO] under duress, that you and I threatened to ruin them. |
| 48 | | |
| 49 | PULVER: | I- I did not threaten to ruin anybody in that phone call. |
| 50 | | |
| 51 | NERAYOFF: | And [clears throat] I remember specifically, not specifically, but |
| 52 | | we know, they, they, they excluded the nine hundred million, and |
| 53 | | they kept the one point three five [VO], so it was a negotiation |
| 54 | | there. |
| 55 | | |
| 56 | PULVER: | Right. [VO] |
| 57 | | |
| 58 | NERAYOFF: | So if we- [VO] |
| 59 | | |
| 60 | JANE DOE: | But I, I feel like you guys are- |
| 61 | | |
| 62 | NERAYOFF: | [VO] The part that's perplexing- |
| 63 | | |
| 64 | JANE DOE: | - [VO] ganging up on us and pressuring us, [VO] we're in a hotel |
| 65 | | room, sitting here. |
| 66 | | |
| 67 | MAN 1: | I know, and that, it's not, okay. Can I, can I just say something, |
| 68 | | may I? |
| 69 | | |
| 70 | NERAYOFF: | If, if I was going- |
| 71 | | |
| 72 | MAN 1: | [VO] May I say something, Steve? |
| 73 | | |
| 74 | NERAYOFF: | -to [UI] why would I say, give up the nine hundred million? |
| 75 | | |
| 76 | MAN 1: | Steven, Steven let me say something, okay? Right now, all of this |
| 77 | | is irrelevant because what's relevant is what the terms are going to |
| 78 | | be on a go-forward basis. If we have a version, we meaning |
| 79 | | Alchemist, have a version of what we believe the terms are, and |
| 80 | | their version of what they believe the terms are, are not the same- |
| 81 | | |
| 82 | NERAYOFF: | No no no, [VO] they're not saying that the terms are not the same- |
| 83 | | |
| 84 | MAN 1: | Well yes… |
| 85 | | |
| 86 | NERAYOFF: | [VO] They're just saying that they, they don't like, they're not, |
| 87 | | they're not, they, they, they didn't want to agree to it. |
| 88 | | |
| 89 | MAN 1: | That means, logistically, that they're not going to go forward. So |
| 90 | | the question is, is whether or not we can, if this is where you are |
| 91 | | and this is where they are, is if we can come to a meeting with |
| 92 | | some place that, as you suggested could be beneficial to every |

| | | |
|---|---|---|
| 93 | | party. We don't have to talk about anymore the dur- it's irrelevant. |
| 94 | | They're denying the contract exists, they're taking the position |
| 95 | | there's no contract. |
| 96 | | |
| 97 | NERAYOFF: | Well no, I have- I have it right here. |
| 98 | | |
| 99 | MAN 1: | But they're taking the position, that there's no- I'm not saying |
| 100 | | they're right, I'm just saying that's the position they're taking right |
| 101 | | now. So the first thing that would seem to me to expedite the |
| 102 | | situation is, is there a way to actually meet in the middle or to meet |
| 103 | | someplace [VO] |
| 104 | | |
| 105 | NERAYOFF: | [UI] |
| 106 | | |
| 107 | MAN 1: | What are you going to do, you gon- you gonna sue her? |
| 108 | | |
| 109 | NERAYOFF: | That's what we did a month ago. |
| 110 | | |
| 111 | MAN 1: | You gonna sue her to go forward with the contract? |
| 112 | | |
| 113 | NERAYOFF: | No, I'm not, [VO] I'm saying- |
| 114 | | |
| 115 | MAN 1: | I'm just saying that's not, what, what we need to do is we need to |
| 116 | | figure out whether or not we can come closer on the terms… |
| 117 | | |
| 118 | NERAYOFF: | [UI] [VO] But the discussion a month ago… |
| 119 | | |
| 120 | JANE DOE: | As equals and not one being [UI] |
| 121 | | |
| 122 | NERAYOFF: | … we'll do the merger, we do the merger and it, it's not going to |
| 123 | | matter because it's gonna be [VO] Alchemist's responsibility. |
| 124 | | |
| 125 | JANE DOE: | It does matter, we don't, we want to do it with integrity and make |
| 126 | | sure we're on the same page. |
| 127 | | |
| 128 | NERAYOFF: | If you want to do it with integrity then you stick to what you |
| 129 | | agreed to. [VO] |
| 130 | | |
| 131 | MAN 1: | Let's stop going back [VO] to that for a minute. It's not helpful |
| 132 | | [VO]… |
| 133 | | |
| 134 | JANE DOE: | …very uncomfortable… |
| 135 | | |
| 136 | MAN 1: | … It's just not helpful to go back to that. |
| 137 | | |
| 138 | JANE DOE: | I feel like I'm getting ganged up on right now. |

DOJ-000000022

| | | |
|---|---|---|
| 139 | | |
| 140 | NERAYOFF: | Okay. |
| 141 | | |
| 142 | MAN 1: | I mean there are like five of us and two of you [UI] |
| 143 | | |
| 144 | JANE DOE: | [VO] [UI] extremely aggressive, I don't like it. |
| 145 | | |
| 146 | MAN 2: | Just so that you understand, everyone here with the exception of |
| 147 | | Steven is not ganging up on you, it's a one man gang up. But we're |
| 148 | | all- |
| 149 | | |
| 150 | JANE DOE: | Very loud, [VO] emotional gang of guys. |
| 151 | | |
| 152 | MAN 2: | You do understand, all of us are trying to do an intervention with |
| 153 | | him- |
| 154 | | |
| 155 | JANE DOE: | [VO] And that's what we want. We want to come to a middle |
| 156 | | where we are- |
| 157 | | |
| 158 | MAN 2: | -like you. I'm saying that- |
| 159 | | |
| 160 | JANE DOE: | Adults in the room [VO] documenting, on the same page, data- |
| 161 | | driven… |
| 162 | | |
| 163 | MAN 1: | [VO] We should stop talking about… |
| 164 | | |
| 165 | JANE DOE: | …please. |
| 166 | | |
| 167 | MAN 1: | … any words like duress or contract or agreement. We should just |
| 168 | | pretend [VO], we're starting right now, and see if there's a place |
| 169 | | where we can meet 'cuz otherwise all this is just [VO] a pissing |
| 170 | | contest. [VO] It's irrelevant to the- |
| 171 | | |
| 172 | PULVER: | [VO] not in a room but in a restaurant or some place so it feels |
| 173 | | more comfortable that's fine- |
| 174 | | |
| 175 | MAN 1: | That's obviously fine 'cuz that's just logistically [VO] |
| 176 | | |
| 177 | MAN 1: | [VO] |
| 178 | | |
| 179 | MAN 1: | Logistically I can see that- |
| 180 | | |
| 181 | MAN 1: | thirty six minutes or we're getting thrown out of this room. |
| 182 | | |
| 183 | NERAYOFF: | I mean, look, I mean… |
| 184 | | |

| | | |
|---|---|---|
| 185 | MAN 1: | I can see how you logistically [VO] were uncomfortable- |
| 187 | NERAYOFF: | I, my vantage point is this, [VO] my vantage point is [VO] this merger is going to be the best that this [VO] this merger is going to be the best thing that ever happened to Company 1. I think we're [VO] gonna do the micro-buffs, micro-payments blockchain. I can do the micro-payments blockchain without Company 1. I don't need Company 1 to do that, and I can capture tens of billions of dollars of value by myself [VO] |
| 195 | JANE DOE: | So you're threatening us again right now? |
| 197 | NERAYOFF: | No, I'm saying- |
| 199 | JANE DOE: | [VO] Okay, so then please stop talking. |
| 201 | NERAYOFF: | No, I'm not threatening… |
| 203 | JANE DOE: | Please stop talking. |
| 205 | NERAYOFF: | … I'm saying, I'm doing this to benefit all of us. |
| 207 | JANE DOE: | Please stop talking. Can we get our facts together? |
| 209 | NERAYOFF: | I have them right here in an e-mail, text message back and forth between me and you- |
| 212 | JANE DOE: | No- |
| 214 | NERAYOFF: | I don't know what else to say. |
| 216 | MAN 1: | [VO] Alright, but we're, we're going to stop going back to that 'cuz otherwise we're just gonna end up no place. |
| 219 | NERAYOFF: | No, I, I [VO] this is a, this is a, this is a [VO] substantive matter- |
| 221 | MAN 1: | Please Steve, if, if… |
| 223 | NERAYOFF: | It's a substantive issue. There's been three agreements. One agreement, we hired JANE DOE to do work for us. |
| 226 | JANE DOE: | No there's no agreement. |
| 228 | NERAYOFF: | [UI] You had an agreement with ▮▮▮ to do work. |
| 230 | JANE DOE: | No, you- [VO] |

Page **6** of **9**

DOJ-000000024

| | | |
|---|---|---|
| 231 | | |
| 232 | NERAYOFF: | [VO] And you were supposed to do that work, and we counted and |
| 233 | | you did the work, and we're supposed to pay five hundred dollars |
| 234 | | an hour to do the work. |
| 235 | | |
| 236 | JANE DOE: | No, I don't even know where five hundred came from. We, we |
| 237 | | never had an agreement. |
| 238 | | |
| 239 | NERAYOFF: | [UI] When you say we never had an agreement, do you say that it |
| 240 | | wasn't in writing or you didn't agree to it with ▓▓▓? |
| 241 | | |
| 242 | JANE DOE: | I said send me the agreement, and I'll start work. That was it. |
| 243 | | |
| 244 | NERAYOFF: | Did, you came to, I flew you to Florida to do work. |
| 245 | | |
| 246 | JANE DOE: | You did not fly me to Florida. I was on my way to the Cayman |
| 247 | | Islands, I stopped by to help out. |
| 248 | | |
| 249 | NERAYOFF: | Okay. |
| 250 | | |
| 251 | JANE DOE: | I drew stuff on the [UI], I said ▓▓▓, this is how you do it, go for |
| 252 | | it. I can draw some pretty boxes for you, which I showed you, I |
| 253 | | drew some pretty boxes for you, this is how you do it. I was being |
| 254 | | helpful. |
| 255 | | |
| 256 | JOHN DOE: | I think we want a win-win situation as well too. I mean, Steve, but |
| 257 | | we, we do need Ether, that, that's something that we just can't live |
| 258 | | without at the moment. |
| 259 | | |
| 260 | NERAYOFF: | Well you can sell my Company 1. The, the, that I left as collateral. |
| 261 | | |
| 262 | JOHN DOE: | We cannot [laughs] |
| 263 | | |
| 264 | NERAYOFF: | Why? |
| 265 | | |
| 266 | JOHN DOE: | We cannot. That's- |
| 267 | | |
| 268 | NERAYOFF: | Did, did you know that we had this conversation? Are you aware |
| 269 | | of this? Are, Are you aware of everything that happened? |
| 270 | | |
| 271 | JOHN DOE: | So, so are you saying that the Ether will not be given back to us? |
| 272 | | |
| 273 | NERAYOFF: | [UI] |
| 274 | | |
| 275 | JOHN DOE: | Because- |
| 276 | | |

| | | |
|---|---|---|
| 277 | NERAYOFF: | So you're saying the agreement as, that we had is not valid? I'm |
| 278 | | just, I wanna know, I'm just, I wanna know, I'm just [UI] I want to |
| 279 | | know at what point is an agreement valid with you two? Because |
| 280 | | that, the one point three five wasn't a valid, now the three fifty |
| 281 | | isn't valid. At what point do you guys say, oh okay, this one we're |
| 282 | | gonna honor? Is it, [UI] I'm just curious when does your word, |
| 283 | | when is your word good? And this is in writing. |
| 284 | | |
| 285 | JANE DOE: | [VO] When one is not being threatened another person is when- |
| 286 | | |
| 287 | NERAYOFF: | You were not threatened the first time. |
| 288 | | |
| 289 | JANE DOE: | You [VO] the first time… |
| 290 | | |
| 291 | NERAYOFF: | [VO] then why did I not get the nine hundred million? |
| 292 | | |
| 293 | JANE DOE: | … the agreement that we signed in July of [VO] 2017, we, we |
| 294 | | signed- |
| 295 | | |
| 296 | NERAYOFF: | I'm just asking you, why, why, if somebody's threatening you, |
| 297 | | why would they give up nine hundred million eligible that are |
| 298 | | locked up for two years anyway? That was an easy one. And |
| 299 | | JOHN DOE said absolutely under no conditions. So if we're threatening |
| 300 | | you, why would I give that up? I did not threaten you that time… |
| 301 | | |
| 302 | MAN 1: | Alright. |
| 303 | | |
| 304 | NERAYOFF: | There was no [VO] threats. |
| 305 | | |
| 306 | MAN 1: | Steve, let's just [VO] let's just [UI] take a break, we gotta take a |
| 307 | | backseat break here for a sec. |
| 308 | | |
| 309 | MAN 1: | We have to. |
| 310 | | |
| 311 | PETERS: | Can we, can we do this? Can we do this? JANE DOE, JANE DOE and JOHN DOE |
| 312 | | you guys get out of here. I'm gonna talk with Steven for a little bit. |
| 313 | | |
| 314 | JANE DOE: | Please. |
| 315 | | |
| 316 | PETERS: | Uh- |
| 317 | | |
| 318 | MAN 1: | We have to. |
| 319 | | |
| 320 | PETERS: | We'll meet you guys, [VO] we'll meet you guys downstairs in the |
| 321 | | lobby in twenty minutes. |
| 322 | | |

| | | |
|---|---|---|
| 323 | MAN 2: | What part of the lobby is- |
| 324 | | |
| 325 | | [END OF RECORDING] |

DOJ-000000027