DOJ-000005930

**ANDREW CROPSHIRE:**  … 2nd, 2018 at approximately 7:10 in the morning Pacific Time. It's SA Andrew Cropshire and SSA Ethan Vie with JANE DOE, about to call Michael Peters. I'm handing the phone to her now.

**JANE DOE:**  What?

**VOICEMAIL:**  Hi, this is Michael.  I'm unavailable right now.  Please leave a message at the tone.  I will call you back as soon as I can.  Thank you --

**ANDREW CROPSHIRE:**  It's Friday, June --

[PHONE RINGING]

**[00:01:00]**

**JANE DOE:**  Hey.  Mike.  Mike?  Hello --

[APPARENT SIDE CONVERSATION, POSSIBLY THE RESULT OF ACCIDENTAL DIAL TO JANE DOE]

**MICHAEL PETERS:**  [INDISCERNIBLE] oh, no.  Did you get the money?

**MALE 3:**  Yeah.

**MICHAEL PETERS:**  Oh.  I mean, I -- okay, so -- unless that conversation was him and him what we're doing [INDISCERNIBLE] then don't do it.  All right.  So, I'm just going to call right out of it, to confirm that I did everything on my end.

**JANE DOE:**  Hello?

**[00:02:00]**

Should I try and call him back?  Should I call him back?  Or he'll call back.

[PHONE RINGING]

**[00:03:00]**

**MICHAEL PETERS:**  I'm literally in the bathroom.  I will call you right back.

**JANE DOE:**  Okay.

**MICHAEL PETERS:**  Bye.

**JANE DOE:**  Bye.

1

DOJ-000005930

**ANDREW CROPSHIRE:**  For the purpose of the recording, can you explain what happened after you called the first time?

**JANE DOE:**  It looked like it was a butt-dial, and it seemed like there was someone talking in the background.  And I wasn't sure if he was trying to have me listen, or if he was -- mistakenly had called me.

**ANDREW CROPSHIRE:**  Okay.  And did you hear Mike's voice?  Was it Mike?

**JANE DOE:**  No, it wasn't Mike's voice.  It was Steven's voice in the background.

**ANDREW CROPSHIRE:**  Oh, okay.

**JANE DOE:**  So, then, I just redialed that number and it was Mike, and he's in the bathroom.

**[00:04:00]**

**ANDREW CROPSHIRE:**  Okay.

**[00:05:00]**

[PHONE RINGING]

**[00:06:00]**

**JANE DOE:**  Mike?

**MICHAEL PETERS:**  Yeah.  Literally, you called when I was just going pee.

**JANE DOE:**  Oh, thanks for letting me know.

**MICHAEL PETERS:**  No problem.  That's what friends are for.

**JANE DOE:**  Awesome.

**MICHAEL PETERS:**  Wow.  I'm going to un-ring this bell for you today.  I need a few more hours.  That's what I'm telling you.  But I just don't want you to worry.

**JANE DOE:**  Okay.

**MICHAEL PETERS:**  But I will take care of it.  I promise.

**JANE DOE:**  Can we just get in-sync?

**MICHAEL PETERS:**  All right.

DOJ-000005930

**JANE DOE:**  Can we just get in-sync?  What are we taking care of?

**MICHAEL PETERS:**  Everything you want.  I'm trying to un-ring many bells for you, so -- all right?

**JANE DOE:**  Like the loan, the ███████, the --

**MICHAEL PETERS:**  Everything, everything, everything.

**JANE DOE:**  So, what does that mean?  Because, then --

**MICHAEL PETERS:**  I'll call you in a few hours -- I'll call you in a -- what's that?

**JANE DOE:**  What does that mean, though?  Like, because –

**[00:07:02]**

**MICHAEL PETERS:**  You told me what you wanted, and I'm going to make it happen.  Okay?

**JANE DOE:**  But are --

**MICHAEL PETERS:**  You just got to give me a little bit of time.  All right?

**JANE DOE:**  Just so we're on the same page, does that mean we're going to be in trouble, because you said -- nope, he hung up.

**ANDREW CROPSHIRE:**  It's Friday, June --

[PHONE RINGING]

**JANE DOE:**  I was wondering if you hung up on me.

**MICHAEL PETERS:**  No, I -- no, it wasn't a dramatic hang-up; I moved my head to the left, and it hung up.  I'm not that dramatic.

**JANE DOE:**  Okay.  Because I was like, What is -- what -- now I'm all very worried.

**MICHAEL PETERS:**  No, don't worry.  Don't worry.  It's just going to take me a few more hours to un-ring this bell.  We need to have this thing happened in Rhode Island, be a slam dunk.  And then it should be easy to [PH] list of just what that one [PH] pearl; we give them that back; we, you know, you still have a bajillion tokens; --

**[00:08:00]**

-- and just let them -- leave them be on their own.

3

DOJ-000005930

**JANE DOE:**  Okay.  But, then, you --

**MICHAEL PETERS:**  So, and I'm -- got him almost there --

**JANE DOE:**  -- but last time you saw me, you said, like, this is -- you don't have a choice, you know?  You'll be destroyed, et cetera, et cetera.  Gloom and doom.  You know?

**MICHAEL PETERS:**  I'm trying to be -- I'm trying to make -- I'm trying to fulfill your wishes.  Okay?  And I can do it because I've had some thinking time.

**JANE DOE:**  You've had some thinking time?  But Steve's your client --

**MICHAEL PETERS:**  Yes.

**JANE DOE:**  -- and you told me you guys were BFFs and you were going to make his wishes come true.

**MICHAEL PETERS:**  Well, I've had some thinking time.  So, okay?  You just got to trust me that you won't be destroyed.

**JANE DOE:**  I won't be destroyed.

**MICHAEL PETERS:**  And everything'll be okay.

**JANE DOE:**  But you're not -- are you --

**MICHAEL PETERS:**  You won't be destroyed.

**JANE DOE:**  Steve won't be destroyed -- Steve won't do it, either, or --

**MICHAEL PETERS:**  No, no.  Nobody's being destroyed.  Okay?

**[00:09:00]**

**JANE DOE:**  Okay.

**MICHAEL PETERS:**  All right.  I'll talk to you in a few hours.  I promise.  All right.  Bye.

**JANE DOE:**  Okay.  Bye.  He's being weird.

**ANDREW CROPSHIRE:**  It's Friday, June 22nd, 2018, at approximately 7:19 pm Pacific Time.  It's SA Andrew Cropshire, SSA Ethan Vie and we are turning off the recording.

4