DOJ-000005934

**ANDREW CROPSHIRE:** -- 30 am Pacific Time. November 21, 2018. Getting the -- or this recorder to JANE DOE.

**JANE DOE:** Hey.

**MICHAEL PETERS:** Hey. Sorry about that. I was just getting on a bus for a ferry.

**JANE DOE:** Oh. I was like, Mike rides buses?

**MICHAEL PETERS:** Yeah, Mikes ride buses -- Mikes ride buses when he has to.

**JANE DOE:** No Range Rover?

**MICHAEL PETERS:** No, no Range Rover. Mike rides buses when he has to.

**JANE DOE:** Okay.

**MICHAEL PETERS:** So, two things. Does Steve know -- before -- just in case -- I don't want to say anything stupid. Does Steve know how much you hated him or hate him or --

**JANE DOE:** I don't hate Steve. I just don't think he was very good or nice or practiced good business practices. I wouldn't say I hated him --

**MICHAEL PETERS:** Okay. Well, all right.

**JANE DOE:** I just don't agree with his approach. You know? It's not personal.

**MICHAEL PETERS:** Yeah. Yeah. No, no, no, not that it was personal, but it was kind of visceral. But I just want to make sure that I don't say anything that he doesn't know or does know. That's all. I don't want to put --

**JANE DOE:** No, I don't --

**MICHAEL PETERS:** -- bring you any crap.

**[00:01:02]**

**JANE DOE:** I tell everyone the same thing when I write -- if I talk to anybody. So, everybody knows the same thing. There's -- you know, there's --

**MICHAEL PETERS:** Okay.

**JANE DOE:** Yeah.

**MICHAEL PETERS:** Yeah, yeah. Yeah. And, second thing, do me a favor. Text me an email address. I have a project that you might be interested in.

1

**JANE DOE:**  For me?

**MICHAEL PETERS:**  Yeah.  Yeah, for you, down the line.  I'll hook you up with a couple people.

**JANE DOE:**  Okay.  I'll text you my email.

**MICHAEL PETERS:**  All right.  All right.

**JANE DOE:**  Yeah.  What kind of project?  Like strategic operations?

**MICHAEL PETERS:**  Yeah, yeah.  Yeah.  No, just -- yeah.  Yeah.  Yeah.

**JANE DOE:**  In Seattle?

**MICHAEL PETERS:**  That's all.  I just want to make sure -- West Coast, West Coast.

**JANE DOE:**  Okay.

**MICHAEL PETERS:**  Seattle-ish.

**JANE DOE:**  Okay.  Not New York.

**MICHAEL PETERS:**  [INDISCERNIBLE 00:01:46] [PH 00:01:46] before you get home.

**JANE DOE:**  Not New York?

**MICHAEL PETERS:**  No.  G-d, no.  G-d, no.  I got to hop on this other call.  Okay?

**JANE DOE:**  Okay.  Yeah.

**MICHAEL PETERS:**  [INDISCERNIBLE 00:01:51].  Yeah.  Bye-bye.

**JANE DOE:**  Bye.

**MICHAEL PETERS:**  Yeah.  Bye-bye.

**ANDREW CROPSHIRE:**  10:32 am Pacific Time, November 21, 2018.  I'm shutting off the recorder.

**[00:02:04]**