**So is Arry out in helping us with process or what?** We need it now. If she's out then fine let's get someone else asap.

**Steven Nerayoff** <steven@alchemist.com>
To: Michael Peters;  Cc: ▮

Thursday, May 10, 2018 at 11:52 AM

She is beyond pissing me off.  I invted her and ▮ to a very elite thing we are sponsoring and nothing back.  This was in response to a weird text from her.  Something has to be done to explain when they make a deal they stick to it regardless of the consequences.  And then when we renegotiate they stick to that deal.  Enough is enough.  We are acquiring them and going to make them fucking rich as hell and she will pay off everything and get what she would never have without us so tell her to chill out.  We will blow them out as a protocol and they will be part of Alchemist.  And we have to decide if ▮ is helping on deals.  We really need to all four of us sit down and come to an understanding.  This doesn't change any of the old stuff (mind you I have not received a single token they are holding everything other than what I actually paid for like everyone else).  Let's set a time to discuss with them.  It may turn out that we acquire them but she refuses to help Alchemist.  Would be a bad decision on her behalf because she can make also of money but we have to move on if that's the case and she can stay focused on ▮ which isn't the worse thing in the world if we are turning them into a protocol.  Her and ▮ can promote that and be heros.