**Michael A. Scotto**
Attorney-at-Law
**1225 Franklin Ave, Suite 325**
**Garden City, NY 11530**
mascottoesq@gmail.com
*mobile: 516-506-2302*
*fax: 516-706-7312*

February 16, 2023

The Honorable Margo K. Brodie
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>United States v. Steven Nerayoff--Crim. No. 20-008 (MKB)</u>

Dear Judge Brodie:

Attached please find a chart which provides the ECF document numbers for the exhibits that are referenced in Mr. Nerayoff's February 13, 2023 motion to dismiss.

Respectfully submitted,

*Michael A. Scotto*


cc: Counsel for the Government via ECF

**United States v. Steven Nerayoff Case 1:20cr-00008-MKB**

| Exhibit # referenced in Declaration in support | ECF Document # |
|---|---|
| Exhibit 1 Properties Tab Company 1 | 105-2 |
| Exhibit 2 email thread | 105-3 |
| Exhibit 3 infinite machine excerpt | 105-4 |
| Exhibit 4 Complaint | 105-5 |
| Exhibit 5 SKYPE Meeting Video 7 19 2017 | Not filed in ECF. Video file provided on flash drive that is subject to a request to seal (document # 106) |
| Exhibit 6 Transcript of 7-19-2017 meeting | 105-6 |
| Exhibit 7 SKYPE Meeting Video 9-10-2017 | Not filed in ECF. Video file provided on flash drive that is subject to a request to seal (document # 106) |
| Exhibit 8 Transcript of 9-10-2017 meeting | 105-7 |
| Exhibit 9 Company 1 016983 | 105-8 |
| Exhibit 10 Messages between Jane Doe and Mr. Nerayoff | 105-9 |
| Exhibit 11 Company 1 document 014702 | 105-10 |
| Exhibit 12 Company 1 Blog Post | 105-11 |
| Exhibit 13 Blog Post re: token allocation with pie chart | 105-12 |
| Exhibit 14 Company 1 014708 | 105-13 |
| Exhibit 15 Telegram message from John Doe to Mr. Nerayoff | 105-14 |
| Exhibit 16 Jane Doe Skype Meeting invitation Company 1 028401 invite | 105-15 |
| Exhibit 17 SKYPE Meeting Video 11 6 2017 | Not filed in ECF. Video file provided on flash drive that is subject to a request to seal (document # 106) |
| Exhibit 18 transcript of 11 6 2017 meeting | 105-16 |
| Exhibit 19 Company 1 014709 | 105-17 |
| Exhibit 20 Jane Doe's two pages of screenshots (Company 1 014710 and 014711) | 105-18 |
| **(there is no Exhibit 21)** | **(there is no exhibit 21)** |
| Exhibit 22 11 7 2017 Service Payment Agreement | 105-19 |
| Exhibit 23 Spreadsheet of Company 1 token holders Company 1 034021 | 105-20 |
| Exhibit 24 Company 1 Blog Loyalty Program | 105-21 |
| Exhibit 25 12 4 2017 Jane Doe text exchange with Mr. Nerayoff | 105-22 |
| Exhibit 26 12 5 2017 John Doe text exchange with Mr. Nerayoff | 105-23 |
| Exhibit 27 Company 1 036090 John Doe and Jane Doe get Alchemist emails | 105-24 |

| Exhibit 28 Company 1 001843 John Doe invited to daily Alchemist meetings | 105-25 |
|---|---|
| Exhibit 29 Rep. Davidson thank you to Mr. Nerayoff | 105-26 |
| Exhibit 30 Messaging between Mr. Nerayoff and John Doe | 105-27 |
| Exhibit 31 Washington State enforcement Action against Company 1 | 105-28 |
| Exhibit 32 12-31-2017 Company 1 spreadsheet showing a liability to Mr. Nerayoff | 105-29 |
| Exhibit 33 4 30 2018 Company 1 spreadsheet showing liability moved to retained earnings | 105-30 |
| Exhibit 34 Nerayoff text sent to Jane Doe | 105-31 |
| Exhibit 35 Nerayoff email to Jane Doe and John Doe | 105-32 |
| Exhibit 36  Company 1 013652 | 105-33 |
| Exhibit 37 Company 1 036138 | 105-34 |
| Exhibit 38 2018-05-18 Hotel Room recording | Not filed in ECF. Audio file provided on flash drive that is subject to a request to seal (document # 106) |
| Exhibit 39: 2018-05-18 Hotel room transcript | 105-35 |
| Exhibit 40 June 21, 2018 recording[1] (DOJ-5927): Jane Doe and Michael Hlady | Not filed in ECF. Audio file provided on flash drive that is subject to a request to seal (document # 106) |
| Exhibit 41 transcript of exhibit 40 | 105-36 |
| Exhibit 42 June 21, 2018 recording (DOJ-5929): Jane Doe and Michael Hlady | Not filed in ECF. Audio file provided on flash drive that is subject to a request to seal (document # 106) |
| Exhibit 43 transcript of exhibit 42 | 105-37 |
| Exhibit 44 June 22, 2018 recording (DOJ 5930): Jane Doe and Michael Hlady | Not filed in ECF. Audio file provided on flash drive that is subject to a request to seal (document # 106) |
| Exhibit 45 transcript of exhibit 44 | 105-38 |
| Exhibit 46 November 19, 2018 recording (DOJ 00028): Jane Doe and Steven Nerayoff | Not filed in ECF. Audio file provided on flash drive that is subject to a request to seal (document # 106) |
| Exhibit 47 transcript of Exhibit 46 | 105-39 |
| Exhibit 48 November 21, 2018 recording (DOJ 5932): Jane Doe and Michael Hlady | Not filed in ECF. Audio file provided on flash drive that is subject to a request to seal (document # 106) |
| Exhibit 49 transcript of exhibit 48 | 105-40 |
| Exhibit 50 November 21, 2018 recording (DOJ 5934): Jane Doe and Michael Hlady | Not filed in ECF. Audio file provided on flash drive that is subject to a request to seal (document # 106) |
| Exhibit 51 transcript of exhibit 50 | 105-41 |

---

[1] This recording was incorrectly identified in the declaration as occurring on June 21, 2019.

| Exhibit 52 November 21, 2018 recording (DOJ 5935): Jane Doe and Michael Hlady | Not filed in ECF. Audio file provided on flash drive that is subject to a request to seal (document # 106) |
|---|---|
| Exhibit 53 transcript of Exhibit 52 | 105-42 |
| Exhibit 54 2018-5-10 Nerayoff email in full | 105-43 |
| Exhibit 55 Indictment | 105-44 |
| Exhibit 56 7 18 2022 Agnifilo request | 105-45 |
| Exhibit 57 1 23 2023 Rule 16 request | 105-46 |