

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JPL
F. #2018R00035

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 1, 2023

By ECF

The Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Steven Nerayoff
               Criminal Docket No. 20-008 (MKB)

Dear Judge Brodie:

      The government writes to respectfully request a two-week extension of time by which it must file a response to the defendant's pending pre-trial motions to dismiss the indictment, disclose portions of the grand jury proceedings, and compel discovery, (the "Defendant's Motion," ECF Dkt. No. 105).  The Defendant's Motion was filed on February 13, 2023 and attaches 57 exhibits including 265 pages of documentary exhibits and 11 audio and/or video recordings totaling approximately 4 hours and 30 minutes runtime.  The government's response is currently due by March 6, 2023, and the defendant's reply is due by March 13, 2023.

      While the government is familiar with the vast majority, if not all, of these exhibits, the Defendant's Motion is far more voluminous than the government anticipated when it agreed to the current briefing schedule.  To properly respond to the Defendant's Motion, the government hereby respectfully requests a two-week extension of time, until March 20, 2023.  Trial in this matter is currently scheduled for October 10, 2023 and therefore not for another approximately seven months.

2

       We have conferred with defense counsel who advised that the defense is unwilling to consent to this request.

Respectfully submitted,

BREON PEACE  
United States Attorney

By:         /s/          
     Jonathan P. Lax  
     John O. Enright  
     Assistant U.S. Attorneys  
     (718) 254-6139/6203

cc:     Counsel of Record (by ECF)