| | |
|---|---|
| From: | ▮ |
| Sent: | 9/10/2017 11:36:59 AM |
| Subject: | ▮ WILL DELETE THIS AFTER THE CALL FYI. |

Steven/Carlo..... numbers very very very very very off

Steven apologies... he will fix it for us

Presale market is wacky

couple choices

1. can cancel ▮ --- Secondary market repercussions for canceling
2. 3M cutting to 2M --- from ▮ = Secondary market repercussions for canceling
3. ▮ .. biggest fund ever
4. ▮ = massive, ▮ got into ▮ told them they only have a couple days... pissed off ▮ who runs ▮. ▮ and ▮ talked about ▮ going to ▮. ▮ is $3.8M. ▮ needed the respect. They will hate ▮. ▮ pissed off at the ▮ project until Steven fixed it.
5. After market is very important.

Alchemist might end up with no tokens... :(

1. ▮ project --- Steven pushing hard to use ▮ as the project for the ▮
2. ▮ === the COINSORTIUM project. Would like ▮ to be considered a founding member.
3. This is all perception. Elevating our status.

... Alchemist got us a crazy advisor board. We got the buzz. ▮ + adding in 800-1,000 coin holders. This is huge (Pre-Sale/HubSale) Distributed.

1. ▮ (cap is $100M) is doing well.
2. ==Need to reserve a bit for >>>>> for ▮ + for ▮ >>> We need to give to them. +++ also ▮ Also ▮, ++++++==
    - ▮ 's attorney) said he's behind figuring out a way to get ▮ an ICO platform. And for the ▮ to be there.
3. 

The final suggestion.... We need to make it with $20M... is what he says.... (context setting by Steven).

1. Alchemist give back all their Tokens > and have only ETH. ----> come up with a new ratio ("Fair") ..... 22.5% give back (of ▮), then what we do to the ETH (22.5%) -----> ==We should get back to them w a number.==
2. ▮ ==wallet right away.... as long as we have the resources....==

▮ ==PR is a partner with the ▮ guys.?????== >> TMI (don't tell them we know this). ******* TBD on what the Deal term is with them, top is 7%..... ?? Whatever number they come back with, go back to ▮ and ask to help negotiate a better deal. ▮ can talk to Steven... Smart guys. .... Ok........

Think about it backwards. = what funds do we really need to accomplish what we need. $50M was a reach / realistic number.

**Alchemist is giving back 22.5% in STORM:**
1) part 1 = give ETHER for TOkens at some ratio for them

CONFIDENTIAL                                                                                                              ▮018071

2) part 2 = increase allocation, or does Steven want to go ask for ▮▮▮ from his hubs directly. Steven would like the option to decide.

CONFIDENTIAL ▮▮018072