**Michael A. Scotto**
Attorney-at-Law
**1225 Franklin Ave, Suite 325**
**Garden City, NY 11530**
mascottoesq@gmail.com
*mobile: 516-506-2302*
*fax: 516-706-7312*

March 24, 2023

The Honorable Margo K. Brodie
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>United States v. Steven Nerayoff--Crim. No. 20-008 (MKB)</u>

Dear Judge Brodie:

Considering the current status of the case, I write seeking a modification to Mr. Steven Nerayoff's pretrial release conditions; specifically, to request that the restrictions on his travel be removed, his passport returned, that the $750,000 appearance bond secured by a lien against his residence be removed and that he be allowed to remain at liberty upon his personal recognizance.

I have conferred with both the government (AUSA Jonathan Lax) and Pretrial Services (Officer Kristina DePrimo), and both have no objection to our request.

Thank you for your consideration.

Respectfully submitted,

*Michael A. Scotto*

cc: Counsel for the Government via ECF and email